# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| R. ALEXANDER ACOSTA, Secretary of Labor, United States Department of Labor,<br><br>    Plaintiff,<br><br>v.<br><br>GREGORY EDWARD MULROONEY, individually, and EDWARD MULROONEY, d/b/a MULROONEY ENTERPRISES,<br><br>    Defendants. | No. 17-cv-2007-SHL-dkv |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's Complaint (ECF No. 1), filed January 5, 2017,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Settlement Agreement (ECF No. 25) and Stipulation of Dismissal (ECF No. 26), filed July 20, 2017, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims by Plaintiff against Defendants are hereby **DISMISSED WITH PREJUDICE**.

APPROVED:


s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE


July 26, 2017
Date