| EMPLOYEE NAME | BACK WAGES OWED | Employee under $140,000 settlement ($10.78 removed from wages due to each employee) | TOTAL SETTLEMENT AMOUNT DUE EACH EMPLOYEE (Back Wages plus Liquidated Damages Owed) |
|---|---|---|---|
| 1. Abbott, Joanna | $1,068.12 | $1,057.34 | $2,114.68 |
| 2. Alexander, Josh | $325.75 | $314.97 | $629.94 |
| 3. Allen, Derek | $333.50 | $322.72 | $645.44 |
| 4. Alva, Arturo | $361.88 | $351.10 | $702.20 |
| 5. Alva, Ivan | $361.88 | $351.10 | $702.20 |
| 6. Amavizca, David | $333.50 | $322.72 | $645.44 |
| 7. Beatty, Michael | $354.50 | $343.72 | $687.44 |
| 8. Benitez, Michelle | $368.36 | $357.58 | $715.16 |
| 9. Benson, James | $135.94 | $125.16 | $250.32 |
| 10. Berryhill, Michael | $212.00 | $201.22 | $402.44 |
| 11. Boyd, Kevin | $369.63 | $358.85 | $717.70 |
| 12. Bridges, Latarus | $153.25 | $142.47 | $284.94 |
| 13. Brooks, Kevin | $337.13 | $326.35 | $652.70 |
| 14. Brown, Allen | $493.64 | $482.86 | $965.72 |
| 15. Bryant, Michael | $709.58 | $698.80 | $1,397.60 |
| 16. Burden, Jon | $486.20 | $475.42 | $950.84 |
| 17. Byrd, Michael | $117.58 | $106.80 | $213.60 |
| 18. Campbell, Joe | $325.58 | $314.80 | $629.60 |
| 19. Cancino, Antonio | $1,413.00 | $1,402.22 | $2,804.44 |
| 20. Cancino, Efrain | $2,586.95 | $2,576.17 | $5,152.34 |
| 21. Cancino, Luis | $341.50 | $330.72 | $661.44 |
| 22. Cancino, Rigo | $661.13 | $650.35 | $1,300.70 |
| 23. Cardenas, Roberto | $229.00 | $218.22 | $436.44 |
| 24. Castenada, Daniel | $1,528.81 | $1,518.03 | $3,036.06 |
| 25. Castenada, Erick | $469.00 | $458.22 | $916.44 |
| 26. Castenada, Gerardo | $409.63 | $398.85 | $797.70 |
| 27. Cox, John | $334.23 | $323.45 | $646.90 |
| 28. Daniel, Timothy | $138.51 | $127.73 | $255.46 |
| 29. Davis, Eric | $355.25 | $344.47 | $688.94 |
| 30. Davis, Frank | $271.88 | $261.10 | $522.20 |

| | | | |
|---|---:|---:|---:|
| 31. Dean, Christie | $1,235.89 | $1,225.11 | $2,450.22 |
| 32. Dillard, Freddie | $250.48 | $239.70 | $479.40 |
| 33. Duvan, Xavien | $1,953.25 | $1,942.47 | $3,884.94 |
| 34. Echols, Jeff | $3,998.02 | $3,987.24 | $7,974.48 |
| 35. Eggleston, Michael | $302.69 | $291.91 | $583.82 |
| 36. Ferguson, Andre | $367.50 | $356.72 | $713.44 |
| 37. Flores, Lazaro | $207.00 | $196.22 | $392.44 |
| 38. Gentry, Chad | $635.87 | $625.09 | $1,250.18 |
| 39. Gomez, Jesus | $467.94 | $457.16 | $914.32 |
| 40. Gonzales, Enedino | $1,680.84 | $1,670.06 | $3,340.12 |
| 41. Gonzales, Ronal | $3,744.15 | $3,733.37 | $7,466.74 |
| 42. Gonzales, Gilberto | $526.44 | $515.66 | $1,031.32 |
| 43. Gray, Jordan | $494.82 | $484.04 | $968.08 |
| 44. Hall, Lanie | $103.65 | $92.87 | $185.74 |
| 45. Harrell, Charlie | $300.52 | $289.74 | $579.48 |
| 46. Herring, Marios | $345.27 | $334.49 | $668.98 |
| 47. Holmes, David | $1,220.79 | $1,210.01 | $2,420.02 |
| 48. Hopkins, Patrick | $378.63 | $367.85 | $735.70 |
| 49. Horn, Dustin | $357.32 | $346.54 | $693.08 |
| 50. Hurdle, Gary | $215.02 | $204.24 | $408.48 |
| 51. Jamison, Casey | $395.45 | $384.67 | $769.34 |
| 52. Johnson, Anthony | $784.81 | $774.03 | $1,548.06 |
| 53. Johnson, Duke | $94.37 | $83.59 | $167.18 |
| 54. Johnson, Johnny | $217.75 | $206.97 | $413.94 |
| 55. Jones, Hunter | $558.43 | $547.65 | $1,095.30 |
| 56. Jones, Mike | $360.69 | $349.91 | $699.82 |
| 57. Jordan, Braylon | $159.99 | $149.21 | $298.42 |
| 58. Lawson, Craig | $106.62 | $95.84 | $191.68 |
| 59. Leake, Tim | $466.38 | $455.60 | $911.20 |
| 60. Lewis, Nichole | $170.87 | $160.09 | $320.18 |
| 61. Limones, Jesus | $326.63 | $315.85 | $631.70 |
| 62. Lopez, Jesus | $456.82 | $446.04 | $892.08 |
| 63. Lugo-Perez, Damian | $3,010.90 | $3,000.12 | $6,000.24 |
| 64. Manning, Tony | $1,274.02 | $1,263.24 | $2,526.48 |

| | | | |
|---|---:|---:|---:|
| 65. Marquez, Felipe | $5,818.91 | $5,808.13 | $11,616.26 |
| 66. Middleton, Tom | $837.00 | $826.22 | $1,652.44 |
| 67. Mireles, Joaquin | $748.01 | $737.23 | $1,474.46 |
| 68. Moore, Jeremy | $178.38 | $167.60 | $335.20 |
| 69. Morris, Travis | $3,108.48 | $3,097.70 | $6,195.40 |
| 70. Newman, Joseph | $206.63 | $195.85 | $391.70 |
| 71. Nutt, Travis | $265.50 | $254.72 | $509.44 |
| 72. Parrish, James | $648.07 | $637.29 | $1,274.58 |
| 73. Phillips, Norman | $425.94 | $415.16 | $830.32 |
| 74. Phillips, Sara | $925.90 | $915.02 | $1,830.04 |
| 75. Phillips, Tristan | $223.25 | $212.47 | $424.94 |
| 76. Pipkin, Robert | $302.96 | $292.18 | $584.36 |
| 77. Qualles, Brenda | $123.75 | $112.97 | $225.94 |
| 78. Quarles, Matthew | $324.32 | $313.54 | $627.08 |
| 79. Rojas, Raul | $4,002.55 | $3,991.77 | $7,983.54 |
| 80. Salsedo, Felipe | $390.32 | $379.54 | $759.08 |
| 81. Smith, Alan | $311.75 | $300.97 | $601.94 |
| 82. Smith, Garry | $700.15 | $689.37 | $1,378.74 |
| 83. Sparkling, Paul | $1,304.86 | $1,294.08 | $2,588.16 |
| 84. Spencer, Eli | $834.94 | $824.16 | $1,648.32 |
| 85. Steele, Edward | $249.35 | $238.57 | $477.14 |
| 86. Stevens, Eric | $605.00 | $594.22 | $1,188.44 |
| 87. Stroud, Justin | $312.06 | $301.28 | $602.56 |
| 88. Terry, Anthony | $3,298.19 | $3,287.41 | $6,574.82 |
| 89. Tyler, Mallory | $371.57 | $360.79 | $721.58 |
| 90. Welchman, Albert | $250.13 | $239.35 | $478.70 |
| 91. Williams, Fred | $1,154.08 | $1,143.30 | $2,286.60 |
| 92. Wood, Cody | $47.88 | $37.00 | $74.00 |
| 93. Word, Chris | $235.38 | $224.60 | $449.20 |
| 94. Wright, Kevin | $51.48 | $40.70 | $81.40 |
| **TOTALS** | $71,013.52 | $70,000.00 | |
| **with liquidated damages** | $142,027.04 | | **$140,000.00** |